# United States Court of Appeals
## For the First Circuit

No. 23-1162

UNITED STATES,

Appellee,

v.

DIONEL GUÍA-SENDEME,

Defendant, Appellant.

---

Before
Gelpí, Thompson, and Aframe,
<u>Circuit Judges</u>.

---

**ORDER OF COURT**
**Entered: April 4, 2025**

The court's opinion in this case is filed today under temporary seal and made available at this time only to counsel for the parties and the district judge, as some appellate pleadings have been filed under seal. The court has tentatively concluded that public release of the opinion would not impermissibly infringe upon confidentiality interests.

In an abundance of caution, however, the court will unseal and release the opinion in accordance with the following schedule:

Counsel for the parties shall advise the Clerk in writing on, or before, **April 14, 2025**, if either of them objects to the public issuance of the opinion as presently framed. If any objection is registered, the objecting party must identify (by page and line number) the language that the objecting party wishes redacted before the opinion is released publicly, together with any alternative language that might be inserted in the published opinion to replace the redacted language. The objecting party should also include a statement of the reasons why disclosure would be inappropriate. ***Any objection shall be filed under seal and served on opposing counsel.***

Objections should be made only if a party believes in good faith that highly confidential information will otherwise be divulged, and any objection shall be accompanied by a certificate of counsel to that effect.

If one or more objections are filed within the prescribed time period, this court will make any revisions in the opinion that it, in its sole discretion, deems appropriate and will thereafter release the opinion from seal.

The failure to file an objection on, or before, **April 14, 2025**, will be deemed a waiver of any objection to the publication of the opinion as is, and the existing opinion will be publicly released immediately after the expiration of the stated period.

Counsel are advised that this objection period does not alter the time within which a petition for rehearing may be filed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Raúl M. Arias-Marxuach, Ada García-Rivera, Clerk, United States District Court for the District of Puerto Rico, Rachel Brill, Carmen Coral Rodríguez-Morales, Franco L. Pérez-Redondo, Kevin Lerman, Joanna E. LeRoy, Max J. Perez-Bouret, Myriam Yvette Fernández-Gonzalez, Mariana E. Bauzá-Almonte, Jorge Luis Matos Ortiz, Vanessa Elsie Bonhomme, David Christian Bornstein, William Connor Winn