# United States Court of Appeals
## For the First Circuit

No. 23-1162

UNITED STATES,

Appellee,

v.

DIONEL GUÍA SENDEME,

Defendant, Appellant

**JUDGMENT**
Entered: April 4, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Dionel Guía Sendeme's sentence is vacated, and the matter is remanded for resentencing consistent with the opinion issued this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Raúl M. Arias-Marxuach, Ada García-Rivera, Clerk, United States District Court for the District of Puerto Rico, Rachel Brill, Carmen Coral Rodríguez-Morales, Franco L. Pérez-Redondo, Kevin Lerman, Joanna E. LeRoy, Max J. Perez-Bouret, Myriam Yvette Fernández-Gonzalez, Mariana E. Bauzá-Almonte, Jorge Luis Matos Ortiz, Vanessa Elsie Bonhomme, David Christian Bornstein, William Connor Winn